**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
Elvia M. Lopez (State Bar No. 331986)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            slitteral@bursor.com
            elopez@bursor.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
412 H Street, NE
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile:  (202) 800-2730
Email: nmigliaccio@classlawdc.com
         jrathod@classlawdc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEND, DAPHNE PAREAS, SCOTT SEVELAND, PATRICE SHERMAN, NESTOR ALMEIDA, ADELINA LAVECCHIA, DAN HENDERSON, MARITZA ANGELES, TIM INSELMANN, WILLIAM WEST-DAVIS, PATRICIA MEDBERRY and HANDY COLINDREZ, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>            v.<br><br>APPLE, INC.,<br><br>                   Defendant. | Case No. 3:21-cv-07109-VC<br><br>**NOTICE OF APPEARANCE OF ELVIA M. LOPEZ** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Elvia M. Lopez of Bursor & Fisher, P.A., hereby enters her appearance in the above-referenced action as counsel of record for Plaintiffs Nestor Almeida, Maritza Angeles, Handy Colindrez, Daniel Friend, Dan Henderson, Tim Inselmann, Adelina LaVecchia, Patricia Medberry, Daphne Pareas, Scott Seveland, Patrice Sherman, and William West-Davis.

Dated: July 12, 2022                       Respectfully submitted,

                                              **BURSOR & FISHER, P.A.**

                                              By:    */s/ Elvia M. Lopez*
                                                              Elvia M. Lopez

                                              L. Timothy Fisher (State Bar No. 191626)
                                              Sean L. Litteral (State Bar No. 331985)
                                              Elvia M. Lopez (State Bar No. 331986)
                                              1990 North California Blvd., Suite 940
                                              Walnut Creek, CA 94596
                                              Telephone: (925) 300-4455
                                              Facsimile:  (925) 407-2700
                                              E-mail: ltfisher@bursor.com
                                                              slitteral@bursor.com
                                                              elopez@bursor.com

                                              **MIGLIACCIO & RATHOD LLP**
                                              Nicholas A. Migliaccio (*pro hac vice*)
                                              Jason S. Rathod (*pro hac vice*)
                                              412 H Street, NE
                                              Washington, D.C. 20002
                                              Telephone: (202) 470-3520
                                              Facsimile:  (202) 800-2730
                                              Email: nmigliaccio@classlawdc.com
                                                              jrathod@classlawdc.com

                                              *Attorneys for Plaintiffs*