**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
        ndeckant@bursor.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio *(pro hac vice)*
Jason S. Rathod *(pro hac vice)*
412 H St., NE
Washington. D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
E-Mail: nmigliaccio@classlawdc.com
        jrathod@classlawdc.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL FRIEND, DAPHNE PAREAS, SCOTT SEVELAND, PATRICE SHERMAN, NESTOR ALMEIDA, ADELINA LAVECCHIA, DAN HENDERSON, MARITZA ANGELES, TIM INSELMANN, MAGDALA CASIMIR, WILLIAM WEST-DAVIS, PATRICIA MEDBERRY, and AZARA COLINDREZ, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiffs,<br>     v.<br><br>APPLE INC.,<br><br>                                   Defendant. | Case No.: 3:21-cv-07109-VC<br><br>**NOTICE OF APPEARANCE OF NEAL J. DECKANT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that Neal J. Deckant hereby enters his appearance as counsel of record in this case for Plaintiffs Daniel Friend, Daphne Pareas, Scott Seveland, Patrice Sherman, Nestor Almeida, Adelina LaVecchia, Dan Henderson, Maritza Angeles, Tim Inselmann, Magdala Casimir, William West-Davis, Patricia Medberry, and Azara Colindrez.

Dated: March 7, 2023             **BURSOR & FISHER, P.A.**

By:   */s/ Neal J. Deckant*
          Neal J. Deckant

L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
              ndeckant@bursor.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio *(pro hac vice)*
Jason S. Rathod *(pro hac vice)*
412 H St., NE
Washington. D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
E-Mail: nmigliaccio@classlawdc.com
              jrathod@classlawdc.com

*Attorneys for Plaintiffs*